"UNDER SEAL"

<pre>
                                                                    FILED
                                                                CHARLOTTE, NC
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA                               SEP 18 2019
          CHARLOTTE DIVISION
                                                               US DISTRICT COURT
                                                             WESTERN DISTRICT OF NC
</pre>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:19CR 279 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **ORDER TO SEAL THE INDICTMENT** |
| ELIZABETH WILLIAMS, ET AL | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through **R. Andrew Murray**, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18th day of **September, 2019**.

_____
UNITED STATES MAGISTRATE JUDGE