# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-279-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ELIZABETH ROBIN WILLIAMS, ) | |
| a/k/a LIZ WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Document In Support Of Motion To Continue" (Document No. 40) filed February 19, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Document In Support Of Motion To Continue contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Document In Support Of Motion To Continue" (Document No. 40) is **GRANTED,** and Defendant's Document In Support of Motion To Continue (Document No. 41) is sealed until further Order of this Court.

Signed: February 25, 2020

David C. Keesler
United States Magistrate Judge