Hand-Delivered

FILED
CHARLOTTE, NC

AUG - 6 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Docket No.: 3:19-CR-00279-001 |
| V. ) | The Honorable Max O. Cogburn, Jr. |
| ) | |
| ELIZABETH ROBIN WILLIAMS ) | |

## DEFENDANT'S MOTION TO RELIEVE COUNSEL OF RECORD AND SUBSEQUENTLY APPOINT NEW COUNSEL

COMES NOW the Defendant, Elizabeth Williams, and respectfully requests this Honorable Court to relieve counsel of record, Mr. Anthony Martinez ("Mr. Martinez"), and order the appointment of new counsel not under the supervision or direction of Mr. Martinez.

In furtherance thereof it would be averred:

1. On September 24, 2019, Ms. Williams was arrested and detained based on an eleven (11) count indictment.
2. The indictment included a notice of forfeiture.
3. On May 14, 2020, Ms. Williams pled guilty to Counts 1, 6, and 9, of the indictment pursuant to a plea agreement.
4. Ms. Williams is currently awaiting sentencing.
5. Ms. Williams has extreme doubts as to the advice and counsel that Counsel provided regarding the plea agreement.
6. Ms. Williams believes current Counsel has belittled, berated, disrespected, condescended, and mistreated her on various occasions and has felt trapped throughout.
7. Upon research and investigation, Ms. Williams discovered that Counsel is currently a party to a civil lawsuit in the Western District of North Carolina, Asheville Division, Civil No. 1:20-CV-00066-WGY.
8. In that case there are serious issues that worry and otherwise present concern to Ms. Williams. This includes,

but is not limited to, boasting in the office about being sued for malpractice wherein an innocent person (and client) spent years behind bars. Mistreatment of women. Mistreatment of homosexuals. Failure to protect staff members from other staff members under his control. Complete abdication of his responsibilities as a public defender.

9. The filings demonstrate what Ms. Williams has felt—current Counsel only likes you and "works" with you when you agree with him and fall in line. Do not ask the hard questions. Do not force him to work or actually do his job.

10. Ms. Williams has also experienced a complete breakdown in communication and trust, personally, with Mr. Martinez as counsel. Counsel fails to adequately prepare, to learn her case, to communicate directly with her, and to treat her with the dignity and respect that she deserves as a basic human being.

For these reasons, Ms. Williams believes she has a right to have current Counsel relieved. The U.S. Constitution does not, and should not, force mistreatment and ineffective assistance upon a Defendant and call it competent representation as mandated under the 6th Amendment.

Given that the plea has not been accepted, and the sentence not entered, it is in the interest of justice that any possible defect be cured in the instant stage versus later. Any possible defect from ineffective assistance, if one truly exists, would be ascertained more likely than not from outside counsel not part of the Federal Public Defender Office.

WHEREFORE, premises considered, Defendant, Ms. Williams, prays this Honorable Court to relieve current counsel and the Federal Public Defender Office, and subsequently order the appointment of new counsel.

Respectfully Submitted,

*Elizabeth Robin Williams* (signature)

Elizabeth Robin Williams
1006 Lightwood Drive
Matthews, NC 28105
Ph.: 704-777-5342
Email: lizwilliams41@gmail.com

Date: 08/04/2020

## CERTIFICATE OF SERVICE

On this, the 5th day of August, 2020, undersigned served, via first class mail, postage pre-paid, a true an accurate copy of this Motion to Relieve Counsel and Subsequently Appoint New Counsel to the following:

Anthony Martinez, 129 W. Trade St. Suite 300, Charlotte, NC 28202

Kenneth M. Smith, 227 West Trade St. Suite 1700, Charlotte, NC 28202

*Elizabeth Robin Williams*
Elizabeth Robin Williams
August 5, 2020

2