**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:19-cr-279-MOC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ELIZABETH ROBIN WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Compel, in which Defendant seeks an order from this Court compelling Defendant's former defense counsel S. Frederick Winiker to provide Defendant with her case file so that Defendant may pursue post-conviction relief. (Doc. No. 151).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion. Counsel Winiker may also file a response if he so chooses. The Clerk's office is respectfully instructed to send this Order to counsel Winiker.

Signed: July 11, 2023

Max O. Cogburn Jr.
United States District Judge

1