UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-279-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | ORDER |
| | ) | |
| **ELIZABETH ROBIN WILLIAMS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 158).

Because Amendment 821 has not become effective yet, Defendant's motion is premature. This Court, therefore, **DISMISSES** the motion without prejudice to Defendant to refile the motion after Amendment 821 goes into effect.

Signed: October 18, 2023

*[Signature]*
Max O. Cogburn Jr.
United States District Judge

1